# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 26, 2015, the cause upon appeal to revise or reverse your judgment between

In the Interest of J.L., J.L. and J.L., children, Appellant

V.

No. 04-15-00285-CV and Tr. Ct. No. 2014-CI-00467

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant James D. Lowe Sr.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 5, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00285-CV

### In the Interest of J.L., J.L. and J.L., children

### v.

(NO. 2014-CI-00467 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| STATEWIDE EFILING FEE | $20.00 | PAID | JAMES D. LOWE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JAMES D. LOWE |
| INDIGENT | $25.00 | PAID | JAMES D. LOWE |
| FILING | $100.00 | PAID | JAMES D. LOWE |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 5, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853